**IN THE UNITED STATES DISTRICT COURT FOR**
**THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**HUNTINGTON DIVISION**

WILMER EXALON IZAGUIRRE SANCHEZ,

Petitioner,

v. CIVIL ACTION NO. 3:26-0641

DAVID VENTURELLA,
Acting Director, United States Immigration and Customs Enforcement,
MARKWAYNE MULLIN,
Secretary of Homeland Security;
TODD BLANCHE,
United States Attorney General,
DAVID KLUEMPER,
Supervisory Detention and Deportation Officer,
United States Immigration and Customs Enforcement;
KENNETH BARNETT,
Supervisory Detention and Deportation Officer,
United States Immigration and Customs Enforcement;
JOHN RIFE,
Field Office Director, Philadelphia Field Office,
United States Immigration and Customs Enforcement;
in their official capacities,

Respondents.

**ORDER**

Pending before the Court is an Amended Petition for Habeas Corpus relief filed by Petitioner Wilmer Exalon Izaguirre Sanchez. ECF No. 10. The Show Cause Hearing in this matter is currently scheduled for **Thursday, October 22, 2026, at 1:30 PM**.

Additionally, there are three other matters with Show Cause Hearings scheduled for that same date that present similar issues to each other. *See Rangel Mendoza et al v. Venturella et al*, Civil Action No. 3:26-cv-00662; *Naranjo Sigueros et al v. Venturella et al*, Civil Action No. 3:26-

cv-00663; and *Centeno Zapata et al v. Venturella et al*, Civil Action No. 3:26-cv-00667. The Court would prefer to hear these matters together and separately from the present matter.

Accordingly, it is hereby **ORDERED** that the Show Cause Hearing scheduled for **Thursday, October 22, 2026, at 1:30 PM** is **CONTINUED**. The Parties may request the Show Cause Hearing to be rescheduled to a later date to the extent they believe necessary.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented parties.

ENTER: October 20, 2026

ROBERT C. CHAMBERS
UNITED STATES DISTRICT JUDGE